UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM STRICKLAND, | No. 2:22-cv-0898 DB P |
| Plaintiff, | |
| v. | ORDER |
| A. JENKINS, et al., | |
| Defendants. | |

Plaintiff is a former state prisoner proceeding with a civil rights action under 42 U.S.C. § 1983. Plaintiff raises claims of sexual assault and retaliation. On March 16, 2023, defendant Rich filed a motion to dismiss. Rich alleges plaintiff's claim against him is unexhausted. Defendants Jenkins and Janam ask the court to vacate the responsive pleading deadline until Rich's motion has been resolved. This court finds good cause to do so.

Accordingly, IT IS HEREBY ORDERED that the responsive pleading deadline is vacated. This court will re-set the deadline after resolution of defendant Rich's pending motion.

Dated: March 22, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB Prisoner Inbox/Civil Rights/R/stri0898.answ eot

1