1

2

3

4

5

6

7

8        UNITED STATES DISTRICT COURT

9      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MALCOLM STRICKLAND,                    No.  2:22-cv-00898-DAD-DB (PC)

12            Plaintiff,

13        v.                                 ORDER ADOPTING FINDINGS AND
                                             RECOMMENDATIONS
14   A. JENKINS, et al.,
                                             (Doc. Nos. 21, 25)
15            Defendants.

16

17        Plaintiff Malcolm Strickland is a former state prisoner proceeding *pro se* and *in forma*

18   *pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983.  This matter was referred

19   to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 27, 2023, the assigned magistrate judge issued findings and recommendations

21   recommending that defendant N. Rich's motion to dismiss (Doc. No. 21) be granted and that

22   defendant Rich be dismissed from this action because plaintiff has conceded that he did not

23   exhaust his administrative remedies against defendant Rich prior to filing the operative first

24   amended complaint in this action.  (Doc. No. 25 at 7.)  Those findings and recommendations were

25   served on the parties and contained notice that any objections thereto were to be filed within

26   thirty (30) days from the date of service.  (*Id.* at 8.)  To date, no objections have been filed, and

27   the time in which to do so has now passed.

28   /////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly,

1.  The findings and recommendations issued on July 27, 2023 (Doc. No. 25) are adopted in full;

2.  The motion to dismiss filed by defendant N. Rich (Doc. No. 21) is granted;

3.  Defendant N. Rich is dismissed from this action;

4.  The Clerk of the Court is directed to update the docket to reflect that N. Rich has been terminated as a named defendant in this action; and

5.  This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **October 18, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE