UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM STRICKLAND,<br><br>  Plaintiff,<br><br>  v.<br><br>A. JENKINS, et al.,<br><br>  Defendants. | No. 2:22-cv-0898 DAD DB P<br><br><br>ORDER |

Plaintiff is a former state prisoner proceeding with a civil rights action under 42 U.S.C. §1983. Plaintiff raises claims of sexual assault and retaliation. On October 19, 2023, Judge Drozd granted defendant Rich's motion to dismiss and referred this case back to the undersigned magistrate judge.

Accordingly, IT IS HEREBY ORDERED that within 30 days of the filed date of this order, the remaining defendants shall file a responsive pleading.

Dated: October 23, 2023

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB prisoner inbox/civil rights/R/stri0898.answ date

1