IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM STRICKLAND, | Case No. 2:22-cv-00898-DAD DB P |
| Plaintiff, | ORDER |
| v. | |
| A. JENKINS, et al.,, | |
| Defendants. | |

    Plaintiff is a former state prisoner proceeding pro with a civil rights action under 42 U.S.C. §1983.  Before the court is the parties' joint motion to extend the discovery cut-off.  Defendants state that they require additional time to complete plaintiff's deposition.

    Good cause appearing, IT IS HEREBY ORDRED that:

    1.    The parties' second motion (ECF No. 35) to modify the Discovery and Scheduling Order is granted;

    2.    The parties' deadline to complete discovery is extended to April 22, 2024; and

////
////
////
////

3. In all other respects the Discovery and Scheduling Order is unchanged.

DATED: April 18, 2024

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB prisoner inbox/civil rights/R/stri0898.dso eot2