UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM STRICKLAND,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. JENKINS, et al.,<br><br>　　　　Defendants. | No.  2:22-cv-0898 DAD SCR P<br><br><br>ORDER |

　　　Plaintiff, a former state prisoner proceeding pro se, has requested an extension of time to file an opposition to defendants' July 19, 2024, motion for summary judgment.  Good cause appearing, IT IS HEREBY ORDERED that:

　　　1.  Plaintiff's motion for an extension of time (ECF No. 46) is granted; and

　　　2.  On or before September 3, 2024, plaintiff shall file an opposition to defendants' motion for summary judgment.  Any reply shall be filed in accordance with Local Rule 230(l).

Dated: August 14, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE