1

2

3

4

5

6

7

8                  UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    MALCOLM STRICKLAND,                    No.  2:22-cv-0898 DAD SCR P

12                  Plaintiff,

13        v.                                 ORDER

14    A. JENKINS, et al.,

15                  Defendants.

16

17          Plaintiff, a former state prisoner proceeding pro se, recently requested an extension of

18    time to file an opposition to defendants' July 19, 2024, motion for summary judgment.  In an

19    order filed August 15, this court granted that motion.  Also on August 15, plaintiff's second

20    motion for an extension of time was filed here.  In that second motion, plaintiff requests an

21    additional fourteen days.  Good cause appearing, IT IS HEREBY ORDERED that:

22          1.  Plaintiff's second motion for an extension of time (ECF No. 48) is granted; and

23          2.  On or before September 17, 2024, plaintiff shall file an opposition to defendants'

24    motion for summary judgment.  Any reply shall be filed in accordance with Local Rule 230(l).

25    DATED: August 21, 2024

26

27

28                                           SEAN C. RIORDAN
                                             UNITED STATES MAGISTRATE JUDGE