UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALCOLM STRICKLAND,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. JENKINS, et al.,<br><br>　　　　　Defendants. | No.  2:22-cv-0898 DAD SCR P<br><br><br>ORDER |

　　　　Plaintiff is a former state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On July 19, 2024, defendants filed a motion for summary judgment.  On September 9, 2024, plaintiff filed an opposition.  Defendants seek a 30-day extension of time to file a reply due to counsel's schedule and the press of other work.  Defendants have demonstrated good cause for an extension of time.

　　　　Accordingly, IT IS HEREBY ORDERED that defendants' motion for an extension of time (ECF No. 51) is granted.  By October 24, 2024, defendants shall file any reply to plaintiff's opposition to the motion for summary judgment.

DATED: October 2, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE